# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL  MINUTES**

**Court Proceedings:**  Settlement Conference, October 19, 2006
**Case Number:** CR-04-20108-JW

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Not Reported

---

**TITLE:**          **UNITED STATES OF AMERICA V. MICHAEL BRADLEY**

|                      PLAINTIFF | DEFENDANT |
|------------------------|-----------|
|  United States | Michael Bradley |

Attorneys Present: Hanley Chew          Attorneys Present: Jay Rorty

---

PROCEEDINGS:

Settlement conference held.  Counsel and defendant are present.
The case is referred back to Judge James Ware.